IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENDRICK THURMAN RANDLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-2532-E-BN |
| | § | |
| MARIAN BROWN, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On November 17, 2023, the United States Magistrate Judge made findings, conclusions, and a recommendation in this case, finding that the complaint is deficient for multiple reasons – including that the claims under 42 U.S.C. § 1983 as pled are subject to dismissal – but recommending that the Court order Plaintiff Kendrick Thurman Randle to file an amended complaint within a reasonable time or risk the dismissal with prejudice of significant parts of this lawsuit. *See* Dkt. No. 5.

No objections were filed. And the deadline to do so has expired. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore ORDERS Randle to file an amended complaint no later than **21 days** after entry of this order.

And Randle is CAUTIONED that failure to do so will subject claims as

currently pled in the complaint to dismissal with prejudice without further notice consistent with the recommendations previously made and now accepted as the Court's own.

SO ORDERED: December 5, 2023.

Ada E. Brown
UNITED STATES DISTRICT JUDGE