IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENDRICK THURMAN RANDLE,<br>　　　　Plaintiff,<br><br>v.<br><br>DALLAS COUNTY, et al.,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>No. 3:23-CV-2532-E-BW<br><br><br>Referred to U.S. Magistrate Judge[1] |

# **ORDER**

Before the Court is the First Amended Complaint filed by Plaintiff Kendrick Thurman Randle against Defendants Dallas County, City of Grand Prairie, Dallas County Sheriff Malcolm Harden, Dallas County Public Defender's Office, and Dallas County Sheriff's Office. (Dkt. No. 12 at 1-2.) If Randle wishes to continue with this case, he shall complete a Summons (AO Form 440) and a Process Receipt and Return (USM Form 285) for each of the defendants named in the First Amended Complaint, providing correct information as to the appropriate names and appropriate addresses for service of each defendant, and return the documents to the Clerk of Court **no later than March 16, 2026**.[2] Failure to complete the forms and timely return them to the Clerk of Court may result in the dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute or failure to follow court orders.

---

[1] By Special Order No. 3-251, this pro se case has been referred for judicial screening.

[2] The referenced forms are available at https://www.txnd.uscourts.gov/forms/all.

Upon timely receipt of the completed forms, the Clerk of Court is **ORDERED** to issue summonses for those named defendants for whom completed forms have been received and deliver those forms and a copy of the First Amended Complaint (Dkt. No. 12) for each to the United States Marshals Service ("USMS") for service.

Upon receipt of the summonses and amended complaints, the USMS is **DIRECTED**, pursuant to Federal Rule of Civil Procedure 4(c)(3), to serve the summons and amended complaint on each respective defendant and to file a return of service in the case in accordance with Rule 4.

Although the Court has directed the USMS to serve the defendants, it is ultimately Randle's responsibility to see that each respective defendant is timely served in accordance with Federal Rule of Civil Procedure 4(m). **Rule 4(m) provides that a failure to timely serve a defendant may result in the dismissal of the action without prejudice against that defendant.** A return of service that indicates a defendant was not served is notice of a defect in service. Once Randle receives such notice of a service defect, he must try to remedy the defect.

The Court further **DIRECTS** the Clerk of the Court to terminate the referral of this action to the Magistrate Judge based on the completion of initial screening and return the case to the District Judge for further action.

**SO ORDERED** on February 13, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE