IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENDRICK THURMAN RANDLE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-CV-2532-E-BW |
| | § | |
| DALLAS COUNTY, et al., | § | |
| Defendants. | § | |

## **ORDER**

On March 15, 2026, Plaintiff Kendrick Thurman Randle filed a Notice of Intent to Amend Pursuant to Conferral on Motion to Dismiss. (Dkt. No. 22.) On March 20, 2026, Defendant City of Grand Prairie filed a notice advising the Court and all parties that, after conferring with Plaintiff, it considers its March 20, 2026 Motion to Dismiss (*see* Dkt. No. 26) to be moot based on Plaintiff's intent to file an amended motion to dismiss. (Dkt. No. 30.)

On March 30, 2026, United States District Judge Ada Brown referred this action to the undersigned magistrate judge for full case management pursuant to 28 U.S.C. § 636(b)(1). As such, Judge Brown's specific requirements no longer apply for motion practice.

Based on the aforementioned filings, the Court **TERMINATES** Defendant City of Grand Prairie's motion to dismiss (Dkt. No. 26) and grants leave to Plaintiff to file a Second Amended Complaint **no later than April 7, 2026**.

**SO ORDERED** on March 31, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE